**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6010**

ABDUS-SABUR IBN QUEEN, a/k/a Samuel R. Queen, Jr.,

             Petitioner - Appellant,

       v.

JAMES N. CROSS,

             Respondent - Appellee.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.   John Preston Bailey,
Chief District Judge.   (2:09-cv-00095-JPB-DJJ)

Submitted:  May 19, 2011              Decided:  May 23, 2011

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Abdus-Sabur Ibn Queen, Appellant Pro Se.   Helen Campbell
Altmeyer, Assistant United States Attorney, Wheeling, West
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdus-Sabur Ibn Queen, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Queen v. Cross, No. 2:09-cv-00095-JPB-DJJ (N.D.W. Va. May 26, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED